UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN E.M.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　　Defendant. | Case No. 22-cv-02692-SI<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge Corley for consideration of whether the case is related to *Lauren E.M. v. Saul*, No. 19-cv-1983-JSC.

**IT IS SO ORDERED.**

Dated: January 6, 2023

_____
SUSAN ILLSTON
United States District Judge